

# Fourth Court of Appeals
## San Antonio, Texas

April 20, 2022

No. 04-22-00015-CV

**IN THE INTEREST OF L.P**., a Child,

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-00365
Honorable Susan D. Reed, Judge Presiding

# O R D E R

The Appellee's Motion for Extension of Time to File Brief is GRANTED. The appellee's brief is due April 22, 2022.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of April, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court